## IN THE MATTER OF SHELDON M. LIEBOWITZ, AN ATTORNEY-AT-LAW.

Argued November 3, 1958—Decided November 17, 1958.

*Mr. Milton T. Lasher,* for the order.

*Mr. John J. Breslin, Jr.,* for the respondent.

PER CURIAM. This matter turns upon credibility. A decided majority of the Bergen County Ethics and Grievance Committee, which had the benefit of seeing and hearing all the witnesses, found that the charge had not been sustained. Our review of the record leaves us in doubt and hence we will not disturb the majority finding.

HEHER and FRANCIS, JJ., concur in the finding of the minority members of the committee and find respondent guilty as charged.

*Not guilty*—Chief Justice WEINTRAUB, and Justices WACHENFELD, BURLING, JACOBS and PROCTOR—5.